In the Matter of the Application of the Brooklyn Bar Association to Punish Horace Graves, an Attorney.— Referee's report confirmed, and respondent suspended from practice as an attorney and counselor at law for a period of five years. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

In the Matter of the Application of Frank A. Sweezy for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Bartlett, Woodward, Jenks and Hooker, JJ.'

---

## FOURTH DEPARTMENT, DECEMBER, 1905.

Lewis Stockton, Appellant, v. City of Buffalo and Another, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Louis Carr, by Guardian, etc., Respondent, v. American Glucose Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

The People of the State of New York, Appellant, v. Charles M. Briggs, Respondent.— Order modified so as to require the plaintiff, under each date of alleged violation, to specify either the place or places, or the person or persons, where or to whom it is alleged the defendant sold as and for certified milk that had not been certified, and as thus modified affirmed, without costs of this appeal to either party. All concurred, except Williams and Nash, JJ., who dissented and voted for affirmance of the order.

The People of the State of New York, Respondent, v. Herman Bartels, Sr., Appellant.— Motion to dismiss appeal denied. Order denying motion to change venue affirmed. All concurred, except Hiscock, J., not voting.

The People of the State of New York, Appellant, v. John Walsh, Respondent. — Interlocutory judgment reversed and demurrer overruled, with leave to the defendant to plead to the indictment on opinion of Nash, J., in *People* v. *Myers* (109 App. Div. 143), decided at the present term of this court. All concurred.

The People of the State of New York, Appellant, v. Charles Thompson, Respondent. — Interlocutory judgment reversed and demurrer overruled, with leave to the defendant to plead to the indictment on opinion of Nash, J., in *People* v. *Myers* (109 App. Div. 143), decided at the present term of this court. All concurred.

The People of the State of New York, Appellant, v. Clarence Couse, Respondent.— Interlocutory judgment reversed and demurrer overruled, with leave to defendant to plead to the indictment on opinion of Nash, J., in *People* v. *Myers* (109 App. Div. 143), decided at the present term of this court. All concurred.

The People of the State of New York, Appellant, v. George Squires, Respondent.— Interlocutory judgment reversed and demurrer overruled, with leave to defendant to plead to the indictment on opinion of Nash, J., in *People* v. *Myers* (109 App. Div. 143), decided at the present term of this court. All concurred.

Harvey C. Rice, Respondent, v. The Town of Adams, Appellant.— Judgment and order affirmed, with costs. All concurred.

Solomon Plant, Respondent, v. Mary Bahr, Appellant.— Judgment and order affirmed, with costs. All concurred.

Harold E. Raymond, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Niagara Manufacturing Buildings, a Domestic Corporation, Appellant, v. The City of Buffalo, Respondent.— Judgment affirmed, with costs. All concurred.

Mary Cummings, Appellant, v. Ladies' Catholic Benevolent Association, Respondent.— Judgment affirmed, with costs. All concurred.